UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Misc. No. 07-05-GFVT |
| V. | ) ) | |
| RAY KWACZALA, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Report and Recommendation [R. 14] filed by United States Magistrate Judge Edward B. Atkins. The Defendant, Ray Kwaczala, allegedly violated the terms of his supervised release and an arrest warrant issued based on those alleged violations. This matter was then referred to Judge Atkins to conduct a final revocation hearing and recommend a proposed disposition of the matter.

Pursuant to the referral order, Judge Atkins conducted a final revocation hearing on May 12, 2010 [R. 13], and issued his Report and Recommendation [R. 14] the following week. The Recommendation directs the parties' attention to the relevant statute which requires any objections to be filed within fourteen (14) days of service. *See* 28 U.S.C. § 636(b)(1). As of this date, neither party has filed objections nor sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140,

151 (1985). Parties who fail to object to a Magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir.1981). Nevertheless, this Court has examined the record, and after considering the relevant statutory factors contained in 18 U.S.C. §§ 3583(e) and 3553(a), as well as the policy statements contained in Chapter Seven of the Sentencing Guidelines Manual, it agrees with the Magistrate Judge's Recommendation.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Report and Recommendation [R. 14] as to Roy Kwaczala is **ADOPTED** as and for the Opinion of the Court;

2. The Defendant, Roy Kwaczala, is found to have violated the terms of his Supervised Release as set forth in Violations 1 and 2 of the Petition filed by the United States Probation Office.

3. Upon the United States' oral motion, Violation Number 3, as set forth in the Petition filed by the United States Probation Office, is **DISMISSED** without prejudice;

4. The Defendant's Supervised Release is **REVOKED;**

5. The Defendant, Roy Kwaczala, is **SENTENCED** to the custody of the Bureau of Prisons for a term of imprisonment of **nine (9) months**, with **no** additional term of supervised release to follow;[1]

6. A separate Judgment consistent with this Order shall be entered subsequently.

---

[1] The Court notes that the Defendant waived his right to allocution before the district court and instead exercised that right before Magistrate Judge Atkins.

This the 10th day of June, 2010.

